# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MCOMP IP, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:21-cv-00829-ADA |
| vs. | § § | |
| MX TECHNOLOGIES, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER COMPLAINT

mCom IP, LLC files this Notice for Extension of Time for Defendant, MX Technologies, Inc. to Answer Complaint. Defendant has contacted Plaintiff's counsel and requested a 30 day extension to answer. Plaintiff files this notice unopposed and agreed to allow the extension of time to answer complaint including November 8, 2021.

Respectfully submitted,
**Ramey & Schwaller, LLP**

Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for mCom IP, LLC*